IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOHN ALBERT WOODS, JR., #128156**                      **PETITIONER**

**VERSUS**                      **CIVIL ACTION NO. 1:08-cv-301-HSO-JMR**

**CHRISTOPHER EPPS**                      **RESPONDENT**

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause be, and is hereby, dismissed without prejudice for failure to comply with the Orders of this Court.

**SO ORDERED AND ADJUDGED**, this the 9th day of October, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE